Tʜᴇ Hᴏɴᴏʀᴀʙʟᴇ Bᴀʀʙᴀʀᴀ J. Rᴏᴛʜsᴛᴇɪɴ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA; THE SUQUAMISH TRIBE; THE MUCKLESHOOT INDIAN TRIBE,<br>　　　　　　Plaintiffs,<br>　　v.<br>PACIFIC SOUND RESOURCES, INC.; THE PACIFIC SOUND RESOURCES ENVIRONMENTAL TRUST; TED G. DePRIEST and KARIN DePRIEST, husband and wife, and their marital community; and TOM L. WYCKOFF, husband and wife, and their marital community; and SUSAN WYCKOFF MULLEN AND CHARLES S. MULLEN, husband and wife, and their marital community;<br>　　　　　　Defendants.<br><br>PACIFIC SOUND RESOURCES; THE PACIFIC SOUND RESOURCES ENVIRONMENTAL TRUST,<br>　　　　　　Third-Party Plaintiffs,<br>　　v.<br>CAR WASH ENTERPRISES, INC.; and SABEY CORPORATION,<br>　　　　　　Third-Party Defendant. | No. 2:94-cv-00687-BJR<br><br>**ORDER APPOINTING ELIZABETH MCMANUS AS REPLACEMENT TRUSTEE** |

*Order Appointing Elizabeth McManus as Replacement Trustee - (2:94-cv-00687-BJR)*

Cᴀsᴄᴀᴅɪᴀ Lᴀᴡ Gʀᴏᴜᴘ PLLC
606 Columbia Street NW Suite 212
Olympia, Washington 98501
Telephone: (360) 786-5247

Having considered the Joint Motion to Appoint Replacement Trustee of the Pacific Sound Resources Environmental Trust, the Court hereby GRANTS the Motion and ORDERS that Elizabeth McManus is appointed as replacement trustee for the Puget Sound Resources Environmental Trust effective the date of Daniel Silver's resignation.

DATED this 14th day of January 2025.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
U.S. DISTRICT COURT JUDGE

Presented by:

CASCADIA LAW GROUP PLLC

By   *s/ Tanya Barnett*
    Tanya Barnett, WSBA No. 17491
    Rodney L. Brown, Jr., WSBA No. 13089
    Cascadia Law Group PLLC
    606 Columbia Street NW, Suite 212
    Olympia, WA. 98501
    Telephone:  (360) 786-5057
    Email:  tbarnett@cascadialaw.com;
           rbrown@cascadialaw.com

Attorneys for
Pacific Sound Resources, and The Pacific Sound Resources Environmental Trust


U.S. DEPARTMENT OF JUSTICE

    TODD KIM
    Assistant Attorney General
    Environment & Natural Resources Division
    U.S. Department of Justice
    Washington, D.C.  20530


By   *s/ Katherine Matthews*
    Katherine Matthews (Colorado Bar #53372)
    Senior Attorney
    Environmental Enforcement Section
    Environment and Natural Resources Division
    United States Department of Justice
    999 18th Street, Suite 370
    Denver, CO 80202
    Telephone:  (303) 514-4192
    Email:  katherine.matthews@usdoj.gov

Attorneys for
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2025, the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

DATED this 14th day of January, 2025 at Seattle, Washington.

By:    *s/ Tanya Barnett*
Tanya Barnett
Cascadia Law Group PLLC
606 Columbia Street NW Suite 212
Olympia, Washington 98501
(360) 786-5247
tbarnett@cascadialaw.com